UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DAVID MOORE,

    v                                                       Civil No. 3:17-cv-421(JAM)

CITY OF SHELTON, SHAWN
SEQUERIA

## JUDGMENT

This action came on for consideration on defendants' motion to dismiss before the Honorable Jeffrey A. Meyer, United States District Judge. On March 7, 2018, an order entered granting the relief for lack of merit. The Court declined to exercise supplemental jurisdiction over plaintiff's remaining state law claim. It is therefore;

    ORDERED, ADJUDGED, and DECREED, that judgment shall enter dismissing the case.

Dated at New Haven, Connecticut, this 7th day of March, 2018.

                                                                         ROBIN D. TABORA, Clerk

                                                                         By:  /s/ Yelena Guterrez
                                                                         Deputy Clerk

EOD:    3/7/18